# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

RICHARD B. SOUTHMAYD

**JUDGMENT IN A CIVIL CASE**

V.

APRIA HEALTHCARE, INC.

CASE NUMBER: 3:04-CV-215

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff, Richard B. Southmayd, shall recover from defendant, Apria Healthcare, Inc., back pay in the amount of Sixty-five thousand, nine hundred twenty-two dollars ($65,922.00) and front pay in the amount of Three hundred and two thousand, three hundred and ninety-nine dollars ($302,399.00), and costs of this cause.

February 21, 2006  
Date

Patricia L. McNutt, Clerk

By  s/Janet M. Jackson  
Deputy Clerk